IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLAMETTE CREST GAMING, LLC; ) <br> JULIA WERNER; MICHAEL WERNER; ) <br> DAVID GLAD; and TRICIA GLAD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PLAY N TRADE FRANCHISE, INC.; ) <br> SAN CLEMENTE CAPITAL, LLC; ) <br> CAAZ MANAGEMENT, LLC; T-STREET ) <br> MANAGEMENT, INC.; RON SIMPSON; ) <br> and YUVI SHMUL, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Case No.  09-461-ST <br><br> O R D E R |

Dennis Steinman
Kell Alterman Runstein
520 SW Yamhill Street, Suite 600
Portland , Oregon  97201

    Attorney for Plaintiffs

Page 1 - ORDER

      James M. Mulcahy
      Mulcahy Reeves LLP
      One Park Plaza, Suite 225
      9th Floor
      Irvine , California  92614

      Philip S. Van Der Weele
      K&L Gates LLP
      222 SW Columbia Street, Suite 1400
      Portland , Oregon  97201-6632

           Attorneys for Defendants

KING, Judge:

    The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on June 24, 2009.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT  Magistrate Judge Stewart's Findings and Recommendation dated June 24, 2009 (#14) in its entirety.

///

///

Page 2 - ORDER

IT IS HEREBY ORDERED that defendants' Motion to Compel Arbitration or in the Alternative, to Dismiss for Improper Venue (#4) is GRANTED.  The parties are directed to refer their claims to arbitration in accordance with § 11.03 of the franchise agreement.  This case is dismissed.

DATED this    16th    day of July, 2009.

                                                  /s/ Garr M. King
                                                  GARR M. KING
                                                  United States District Judge